# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JAXON OLEGARIO MARTINEZ ORTIZ<br><br>            Petitioner,<br>   v.<br><br>U.S IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), et al.,<br><br>            Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number  2:26-cv-01159-TMC |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

1.     The petition for writ of habeas corpus (Dkt. 4) is GRANTED.

Dated May 12, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Bridget K. Peterson*
Deputy Clerk